# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

───────────────────────────────────────────────────────────────

MATTHEW SCHUSTER,                              Civil No. 06-1236 (RHK/SRN)

                Petitioner,

    v.                                          **ORDER**

R.L. MORRISON, Warden,
The Federal Bureau of Prisons,

                Respondents.

───────────────────────────────────────────────────────────────

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 5, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED that:**

1.  The Report and Recommendation (Doc. No. 7) is **ADOPTED**;

2.  Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **GRANTED.**

Dated:   May 26, 2006.

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge